## F. E. SMITH v. WISE BROTHERS.

PRACTICE — *Issues of Fact — Jury.* In all cases in the district court, the issues of fact may be tried by a jury. In some cases they must be so tried unless the parties consent that they may be otherwise tried. In other cases they may be so tried in the discretion of the trial court. (Civil Code, §§ 266, 267, 289, 291, 292.)

*Error from Lyon District Court.*

THE opinion states the case.

*J. A. Smith,* for plaintiff in error.

The opinion of the court was delivered by

VALENTINE, J.: In all cases in the district court, the issues of fact may be tried by a jury. In some cases they must be

so tried unless the parties consent that they may be otherwise tried.   In other cases they may be so tried in the discretion of the trial court.   (Civil Code, §§ 266, 267, 289, 291, 292.)

The judgment of the court below will be affirmed.

All the Justices concurring.